**Julia E. Markley, OSB No. 000791**
JMarkley@perkinscoie.com
**PERKINS COIE LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Attorneys for Defendant Jeppesen Sanderson, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **STENBOCK & EVERSON**, an Oregon corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>**JEPPESEN SANDERSON, Inc.**, a Delaware corporation,<br><br>          Defendant. | No. 3:11-cv-01524-PK<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>By Defendant Jeppesen Sanderson, Inc. |

Defendant Jeppesen Sanderson, Inc. ("Jeppesen") respectfully moves for a 30-day extension of the time to answer or otherwise respond to Plaintiff's complaint. Specifically, Jeppesen requests that the deadline be extended from March 19, 2012, to April 19, 2012. This Motion is supported by the separately filed Declaration of Julia E. Markley. Pursuant to Local

1-    UNOPPOSED MOTION FOR EXTENSION OF
      TIME TO ANSWER OR OTHERWISE RESPOND
      TO COMPLAINT
03071-0514/LEGAL23105914.1

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Rule 7-1, counsel for Jeppesen conferred with Plaintiff's counsel regarding this motion, and Plaintiff does not oppose it.

DATED: March 13, 2012

**PERKINS COIE LLP**

By: /s/ Julia E. Markley
    Julia E. Markley, OSB No. 000791
    Markley@perkinscoie.com
    1120 N.W. Couch Street, Tenth Floor
    Portland, OR 97209-4128
    Telephone: 503.727.2000
    Facsimile: 503.727.2222

Attorneys for Defendant Jeppesen Sanderson, Inc.

2- UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
03071-0514/LEGAL23105914.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222