**Julia E. Markley, OSB No. 000791**
JMarkley@perkinscoie.com
**PERKINS COIE LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Attorneys for Defendant Jeppesen Sanderson, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **STENBOCK & EVERSON**, an Oregon corporation,<br><br>     Plaintiff,<br><br>  v.<br><br>**JEPPESEN SANDERSON, Inc.**, a Delaware corporation,<br><br>     Defendant. | No. 3:11-cv-01524-PK<br><br>**DECLARATION OF JULIA E. MARKLEY IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

  I, Julia E. Markley, being first duly sworn, hereby state as follows:

  1. I am an attorney at the law firm of Perkins Coie LLP ("Perkins Coie") and am one of the attorneys for defendant Jeppesen Sanderson, Inc. ("Jeppesen") in this case.  I have personal knowledge of the matters set forth below and make this declaration in support of Defendant's unopposed motion for extension of time to answer or to otherwise respond to complaint.

1- DECLARATION OF JULIA E. MARKLEY

03071-0514/LEGAL23106125.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

2.	The current deadline for Jeppesen to answer or otherwise respond to Plaintiff's complaint is March 19, 2012.  Over the past three months, the parties have held and are continuing to hold settlement discussions.  The parties' settlement discussions have been productive, and the parties would like additional time to continue their discussions.  Presently, the parties are trying to schedule an in-person meeting in Seattle, Washington in late March 2012 to discuss the case.  Accordingly, Jeppesen seeks, and Plaintiff does not oppose, a 30-day extension of time, from March 19, 2012 to April 19, 2012, to answer or otherwise respond to Plaintiff's complaint.

3.	This is Jeppesen's second request for an extension and is not filed for the purpose of delay.  No party will be prejudiced by the granting of this Motion.

*I declare under penalty of perjury that the foregoing is true and correct.*

DATED: March 13, 2012.

/s/ Julia E. Markley
Julia E. Markley

2-   DECLARATION OF JULIA E. MARKLEY

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

03071-0514/LEGAL23106125.1