Joseph Mohr (OR SBN 053274)
Email: joey@mohriplaw.com
Mohr Intellectual Property Law Solutions, PC
522 SW 5th Avenue, Suite 1390
Portland, OR 97204
Telephone 503-336-1214.
Facsimile: 866-387-6875

Peter A. Haas (OR SBN 020552)
Email: peterahaas@flatfee-ip.com
Peter A Haas Esquire LLC,
522 SW 5th Avenue, Suite 1390
Portland, OR 97204
Telephone: 503-319-3024

Attorneys for Plaintiff
Stenbock & Everson, an Oregon corporation

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# PORTLAND DIVISION

| | |
|---|---|
| **STENBOCK & EVERSON**, an Oregon corporation,<br>　　　　　Plaintiff,<br>v.<br>**Jeppesen Sanderson, Inc.,** a Delaware Corporation,<br>　　　　　Defendant | Civil Action No: 11-cv-1524-PK<br><br>DISMISSAL WITHOUT PREJUDICE<br><br>By Plaintiff Stenbock & Everson<br><br>Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i) |

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff Stenbock & Everson hereby dismisses this case without prejudice as to all parties.

PLAINTIFF'S DISMISSAL WITHOUT PREJUDICE

- 1 -

Dated: April 13, 2012

Respectfully submitted,

Peter A. Haas
Peter A Haas Esquire LLC

PLAINTIFF'S DISMISSAL WITHOUT PREJUDICE

- 2 -

Peter A. Haas Esquire LLC
522 S.W. 5th Ave., Suite 1390
Portland, OR 97204
t: 503-319-3024
e: PeterAHaas@FlatFee-ip.com