Joseph Mohr (OR SBN 053274)
Email: joey@mohriplaw.com
Mohr Intellectual Property Law Solutions, PC
522 SW 5th Avenue, Suite 1390
Portland, OR 97204
Telephone 503-336-1214.
Facsimile: 866-387-6875

Peter A. Haas (OR SBN 020552)
Email: peterahaas@flatfee-ip.com
Peter A Haas Esquire LLC,
522 SW 5th Avenue, Suite 1390
Portland, OR 97204
Telephone: 503-319-3024

Attorneys for Plaintiff
Stenbock & Everson, an Oregon corporation

Attorneys for Plaintiff

# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# PORTLAND DIVISION

| | |
|---|---|
| **STENBOCK & EVERSON**, an Oregon corporation,  )<br>    Plaintiff,  )<br>v.  )<br>**Jeppesen Sanderson, Inc.,** a Delaware Corporation,  )<br>    Defendant  ) | Civil Action No: 11-cv-1524-PK<br><br>**PROOF OF SERVICE** |

1

## PROOF OF SERVICE

I hereby certify that on April 16, 2012, a copy of the foregoing was filed by CM/ECF with the Civil Clerk at the District of Oregon.

The following will be served via CM/ECF:  NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO Fed. R. Civ. P. 41 (a)(1)(A)(i)

To:

Jeppesen Sanderson, Inc.
Julia E. Markley
Perkins Coie, LLP
1120 NW Couch Street
10th Floor
Portland, OR 97209-4128
503 727-2259
Fax: (503) 727-2222
Email: jmarkley@perkinscoie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

_____
J. Curtis Edmondson